**Order filed May 27, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00109-CV
_____

**D.A.I., Appellant**

**V.**

**J.P.L., Appellee**

---

**On Appeal from the 425th Judicial District Court**
**Williamson County, Texas**
**Trial Court Cause No. 09-3158-F425**

---

## ORDER

The appendix to appellant's brief includes the clerk's record, which discloses sensitive information including the name and date of birth of a person who was a minor when the underlying suit was filed. *See* TEX. R. APP. P. 9.9(a)(3). Accordingly, appellant's brief is **STRICKEN**.

Appellant is ordered to refile the brief with an amended appendix that complies with Texas Rule of Appellate Procedure 9.9 on or before June 7, 2021.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.